UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

                                        **ORDER**

        -against-                           24 CR. 247 (RMB)

BRANDON SANTANOO,

                Defendant.
-----------------------------------------------------------X

      WHEREAS, with the Defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on April 22, 2024;

      WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

      WHEREAS, upon review of the transcript this Court wishes to supplement the plea allocution;

      IT IS HEREBY ORDERED that a conference in this matter is scheduled for May 9, 2024 at 2:00 pm

Dated: New York, New York
       April 24, 2024

*/s/ Richard M. Berman*
_____
**RICHARD M. BERMAN, U.S.D.J.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/24