**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 24 CR. 247 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| BRANDON SANTANOO, | : | |
| | : | |
| Defendant. | : | |

-----------------------------------------------------------------x

The status conference scheduled for Tuesday, May 14, 2024 at 9:15 A.M. will take place in Courtroom 17B.

Dated: May 8, 2024
          New York, NY

*Richard M. Berman*
_____
RICHARD M. BERMAN
U.S.D.J.