UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                  **ORDER**

      -against-                               24 Cr 247 (RMB)

BRANDON SANTANOO,

                  Defendant.
-----------------------------------------------------------------X

WHEREAS, with the Defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on April 22, 2024;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court;

WHEREAS, this Court has supplemented the allocution during a proceeding held on May 14, 2024,

WHEREAS, upon review of the transcript, and the Court's supplemental proceeding, this Court has determined that the Defendant entered the guilty plea knowingly and voluntarily and that there was a sufficient factual basis for the guilty plea;

IT IS HEREBY ORDERED that BRANDON SANTANOO's guilty plea is accepted.

Dated: New York, New York
       May 14, 2024

                                          */s/ RMB*
                                **RICHARD M. BERMAN, U.S.D.J.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/14/24