```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA
                                     :    1:24-cr-00247-RA-1

    -against-                        :    ORDER
                                     :
Brandon Santanoo
                                     :
Defendant
                                     :
-------------------------------------X
```

Ronnie Abrams, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to include:

- Mental health evaluation/treatment as directed by Pretrial Services

- Drug testing/treatment as directed by Pretrial Services

Dated: July 16, 2024
New York, New York

                                    SO ORDERED:

                                    _____
                                    Ronnie Abrams
                                    United States District Judge