UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

THE UNITED STATES OF AMERICA,

    -against-

BRANDON SANTANOO,

                  **Defendant.**

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/1/2024

1:24-CR-00247-RA-1

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

    IT IS HEREBY ORDERED that the defendant's bail be modified to include:

- Defendant to be allowed to communicate with co-defendants, Yashpaul Persaud and Justin Masse outside the presence of counsel, however, they must refrain from discussing their cases and the instant offense.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    October 1, 2024
               New York, New York