# THE LAW OFFICE OF JEFF CHABROWE

521 Fifth Avenue, 17th Floor New York, NY 10175 | Tel. 917.529.3921 | F 212.659.4350

March 6, 2026

Hon. Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    *USA v. Brandon Santanoo,* Case No. 1:24-cr-00247
       Request for Modification of Bond Conditions

Dear Judge Abrams:

I respectfully request a modification of Mr. Santanoo's bond conditions. I request that Mr. Santanoo be allowed to travel to Medieval Times in Lyndhurst, New Jersey, located at 149 Polito Avenue, Lyndhurst, NJ 07071. Pretrial Services is not opposed to this request.

Thank you for your time and consideration in this matter.

Respectfully submitted,

*Jeff Chabrowe*

**JEFFREY CHABROWE, ESQ.**
**LAW OFFICES OF JEFFREY CHABROWE**
521 Fifth Avenue, 17th Floor
New York, NY 10175
(917) 529-3921
jeff@chabrowe.com
***Counsel for Defendant Brandon Santanoo***

Application granted. Mr. Santanoo must advise Pretrial of the date(s) of travel to Medieval Times.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
March 6, 2026

*Cc:*    Stephanie Simon, Esq.
        Assistant U.S. Attorney's Office
        Southern District of New York
        1 Saint Andrews Plaza
        New York, NY 10007
        E: stephanie.simon@usdoh.gov