# THE LAW OFFICE OF JEFF CHABROWE

521 Fifth Avenue, 17th Floor New York, NY 10175 | Tel. 917.529.3921 | F 212.659.4350

June 25, 2026

Hon. Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

_____

Ronnie Abrams, U.S.D.J.
June 25, 2026

     Re:    *USA v. Brandon Santanoo*, Case No. 1:24-cr-00247
               Request for Modification of Bond Conditions

Dear Judge Abrams:

     I respectfully request a modification of Mr. Santanoo's bond conditions. I request that Mr. Santanoo be allowed to attend his cousin's bachelor party in Atlantic City, New Jersey from the evening of June 25 to the morning of June 27. Mr. Santanoo will be staying at 600 Pacific Avenue C204, Atlantic City, New Jersey, 08401. Pretrial Services is not opposed to this request.

     Thank you for your time and consideration in this matter.

                    Respectfully submitted,

                    *Jeff Chabrowe*

                    **JEFFREY CHABROWE, ESQ.**
                    **LAW OFFICES OF JEFFREY CHABROWE**
                    521 Fifth Avenue, 17th Floor
                    New York, NY 10175
                    (917) 529-3921
                    jeff@chabrowe.com
                    *Counsel for Defendant Brandon Santanoo*