# THE LAW OFFICE OF JEFF CHABROWE

521 Fifth Avenue, 17th Floor New York, NY 10175 | Tel. 917.529.3921 | F 212.659.4350

November 6, 2026

Hon. Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
November 6, 2026

Re: *USA v. Brandon Santanoo,* Case No. 1:24-cr-00247
Request for Modification of Bond Conditions

Dear Judge Abrams:

I respectfully request a modification of Mr. Santanoo's bond conditions. We request that he be permitted to open both a business and a personal credit card. Mr. Santanoo seeks to establish and maintain good credit as part of his long-term financial goals, including expanding his business and building a stable financial future. In May 2025, Mr. Santanoo successfully graduated from the Young Adult Opportunity Program and has since demonstrated a continued commitment to personal growth and responsibility. Pretrial Services consents to this request.

Thank you for your time and consideration in this matter.

Respectfully submitted,

Jeff Chabrowe

**JEFFREY CHABROWE, ESQ.**
**LAW OFFICES OF JEFFREY CHABROWE**
521 Fifth Avenue, 17th Floor
New York, NY 10175
(917) 529-3921
jeff@chabrowe.com
***Counsel for Defendant Brandon Santanoo***